On appellant's petition for reconsideration filed April 19, reconsideration allowed; opinion (234 Or App 676, 229 P3d 631) modified and adhered to as modified July 28, both petitions for review denied December 9, 2010 (349 Or 370)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## FRANK MARVIN PHILLIPS, JR.,
*Defendant-Appellant.*

Marion County Circuit Court
93C21516; A137773

240 P3d 1099

Peter Gartlan, Chief Defender, and Zachary Lovett Mazer, Deputy Public Defender, Office of Public Defense Services, for petition.

Before Schuman, Presiding Judge, and Brewer, Chief Judge, and Riggs, Senior Judge.

PER CURIAM

## PER CURIAM

In *State v. Phillips*, 234 Or App 676, 229 P3d 631 (2010), defendant appealed from a judgment of contempt, raising four assignments of error. He subsequently filed a *pro se* supplemental brief raising two additional assignments of error. We rejected his first assignment of error on the ground that it was not preserved, and, in a footnote, we expressly rejected the remaining three assignments of error in his opening brief. In a petition for reconsideration, defendant points out that we did not expressly dispose of the assignments of error in his *pro se* supplemental brief. Defendant is correct. We therefore grant his petition for reconsideration in order to state that, in addition to the other assignments of error that we rejected, we also reject the assignments of error in his *pro se* supplemental brief without discussion.

Reconsideration allowed; opinion modified and adhered to as modified.